JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ERIC RODGERS, JR.,** | Case No.: 5:22-CV-00225-JGB-SPx |
| Plaintiff, | **ORDER** |
| vs. | |
| **BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,** | |
| Defendant. | |

1    **IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

2          This action is hereby dismissed with prejudice as to all claims, causes of action,

3    and parties. The Clerk is directed to close the file.

4

5                                                              **IT IS SO ORDERED.**

6

7    Dated:  July 18, 2023

8                                                              Hon. Jesus G. Bernal

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28